UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARAH LASHUEL,

                            Plaintiff,

    -v-

ST. NICKS ALLIANCE CORP., et al.,

                          Defendants.

CIVIL ACTION NO. 26 Civ. 832 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for general pretrial management. (Dkt. No. 5).  On January 30, 2026, Plaintiff Sarah Lashuel ("Plaintiff") attempted to file a Request for Issuance of Summons of the summons and Complaint on Defendants St. Nicks Alliance Corp. and Jonathan Mass (together, "Defendants").  (Dkt. No. 1 (the "Request")).  The Clerk of Court, however, noted certain deficiencies in the Request and directed Plaintiff to re-file it. (See Dkt. No. 1; Dkt. Entries dated Feb. 2, 2026).  Plaintiff then re-filed the Request on February 9, 2026.  (Dkt. No. 4).  The Clerk of Court, however, noted that the Request is still deficient.  (Dkt. No. 4; Dkt. Entry dated Feb. 9, 2026).  On or before **February 19, 2026**, Plaintiff shall re-file the Request pursuant to the Clerk of Court's latest instructions. (See Dkt. No. 4; Dkt. Entry dated Feb. 9, 2026).

Dated:       New York, New York
              February 11, 2026            SO ORDERED.

                                        _____
                                        SARAH L. CAVE
                                        United States Magistrate Judge