UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARAH LASHUEL,

                    Plaintiff,

   -v-                                              CIVIL ACTION NO. 26 Civ. 832 (VSB) (SLC)

                                                                    **ORDER**

ST. NICKS ALLIANCE CORP., et al.,

                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to Federal Rule of Civil Procedure 4(m), the deadline for Plaintiff Sarah Lashuel ("Plaintiff") to serve the summons and complaint (Dkt. No. 3 (the "Complaint")) on Defendants St. Nicks Alliance Corp. and Jonathan Mass (together, "Defendants") was May 11, 2026. See Fed. R. Civ. P. 4(m).  To date, Plaintiff has not filed proof of service of the summons and Complaint on Defendants.  As a one-time courtesy, the Court sua sponte **EXTENDS** Plaintiff's deadline to file the required proof of service to **May 19, 2026**.  PLAINTIFF IS WARNED THAT FAILURE TO FILE THE REQUIRED PROOF OF SERVICE BY **MAY 19, 2026** MAY RESULT IN THE COURT RECOMMENDING THIS ACTION BE DISMISSED FOR FAILURE TO PROSECUTE.

Dated:      New York, New York
            May 12, 2026                         SO ORDERED.

                                                _____
                                                SARAH L. CAVE
                                                **United States Magistrate Judge**