UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH LASHUEL, | |
| Plaintiff, | CIVIL ACTION NO. 26 Civ. 832 (VSB) (SLC) |
| -v- | |
| ST. NICKS ALLIANCE CORP., et al., | **ORDER** |
| Defendants. | |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 11, the deadline for Plaintiff Sarah Lashuel ("Plaintiff") to serve the summons and complaint (Dkt. No. 3 (the "Complaint")) on Defendant St. Nicks Alliance Corp. ("St. Nicks") and Jonathan Mass ("Mr. Mass") (together, "Defendants") was May 19, 2026.  (Dkt. No. 11).  On May 12, 2026, Plaintiff's counsel filed a waiver of service (Dkt. No. 12 (the "Waiver")) and noted on the docket that the Waiver applies to both St. Nicks and Mr. Mass.  (Dkt. entry dated May 12, 2026).  The Waiver itself, however, only indicates that St. Nicks waived service, not Mr. Mass.  (Dkt. No. 12).  Given that Plaintiff has yet served the summons and Complaint on Mr. Mass, as a final courtesy, the Court sua sponte **EXTENDS** Plaintiff's deadline to serve the summons and Complaint on Mr. Mass to **June 8, 2026**.

PLAINTIFF IS WARNED THAT FAILURE TO FILE THE REQUIRED PROOF OF SERVICE BY **JUNE 8, 2026** MAY RESULT IN THE COURT RECOMMENDING THIS ACTION BE DISMISSED FOR

FAILURE TO PROSECUTE.

Dated:       New York, New York
             June 1, 2026                     SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2