UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARAH LASHUEL,

                    Plaintiff,

    -v-                                                    CIVIL ACTION NO. 26 Civ. 832 (VSB) (SLC)

                                                                              **ORDER**
ST. NICKS ALLIANCE CORP., et al.,

                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), the deadline for Defendant Jonathan Mass ("Mr. Mass") to respond to the complaint (Dkt. No. 3 (the "Complaint")) was June 24, 2026. (See Dkt. No. 18). See also Fed. R. Civ. P. 12(a)(1)(A)(i). To date, Mr. Mass has not responded to the Complaint. As a one-time courtesy, the Court sua sponte **EXTENDS** Mr. Mass's deadline to respond to the Complaint to **July 13, 2026.**

**MR. MASS IS WARNED THAT FAILURE TO RESPOND TO THE COMPLAINT BY JULY 13, 2026 MAY RESULT IN THE COURT PERMITTING PLAINTIFF TO INITIATE DEFAULT PROCEEDINGS AGAINST HIM.**

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant Jonathan Mass at 872 Rosedale Avenue, Apt. 4B, Bronx NY 10473.

Dated:       New York, New York
             June 29, 2026                          SO ORDERED.

                                                    _____
                                                    SARAH L. CAVE
                                                    United States Magistrate Judge